# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CENTRAL ALARM SIGNAL, INC., a
Michigan corporation, individually and
as the representative of a class of
similarly-situated persons,

                Plaintiff,         Civil Action No. 2:14-cv-14166

   v.

                                         Paul D. Borman
BUSINESS FINANCIAL SERVICES,     United States District Judge
INC., BUSINESS CASH ADVANCE,
INC., BFS WEST, INC. and JOHN
DOES 1-10,

                Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, CENTRAL ALARM SIGNAL, INC., and Defendants, BUSINESS FINANCIAL SERVICES, INC., BUSINESS CASH ADVANCE, INC. and BFS WEST, INC., through their undersigned attorneys, hereby stipulate and agree to the dismissal of this action without prejudice, each side to bear its own costs.

      SO ORDERED.

                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: July 15, 2016

STIPULATED TO BY:

/s/Brian J. Wanca

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
(847) 368-1500
bwanca@andersonwanca.com

/s/Terrance A. Gonsalves (with permission)

Terance A. Gonsalves
Michael J. Lohnes
KATTEN MUCHIN ROSENMAN
525 West Monroe Street
Chicago, IL  60661
(312) 902-5200
terance.gonsalves@kattenlaw.com
Stuart M. Richter
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012
(310) 712-8434
stuart.richter@kattenlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 15, 2016.

s/Deborah Tofil
Deborah Tofil
Case Manager (313)234-5122